# UNITED STATES DISTRICT COURT
for the
District of Arizona

DOA
10-31-17

| | |
|---|---|
| United States of America<br>v.<br>Jesus Arturo Mendez Garcia,<br>a.k.a.: Jesus Arturo Mendez-Garcia,<br>a.k.a.: Arturo Mendez Garcia,<br>a.k.a.:Jose Mendez Garcia<br>(A088 669 404)<br>*Defendant* | ) ) ) ) ) ) ) Case No. 17-9501 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 19, 2013, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jesus Arturo Mendez Garcia, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about August 23, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA James R. Knapp

☒ Continued on the attached sheet.

_____
Complainant's signature

Salvador Delgado II,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 1, 2017

_____
Judge's signature

City and state: Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Salvador Delgado II, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 19, 2013, Jesus Arturo Mendez Garcia was booked into the Maricopa County Jail (MCJ) by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Mendez Garcia was examined by Immigration Enforcement Agent R. Gomez who determined Mendez Garcia to be a Mexican citizen, unlawfully present in the United States. On the same date, an immigration detainer was lodged with the county jail. On October 31, 2017, Mendez Garcia was released from the Arizona Department of Corrections and transported to the Florence ICE office for further investigation and processing. Mendez Garcia was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jesus Arturo Mendez Garcia to be a citizen of Mexico and a previously deported criminal alien. Mendez Garcia was removed from the United States to Mexico through Nogales, Arizona, on or about August 23, 2012, pursuant to an order of removal issued by an immigration official. There is no record of Mendez Garcia in any Department of Homeland Security database to suggest that

1

he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Jesus Arturo Mendez Garcia's immigration history was matched to him by electronic fingerprint comparison.

4. On October 31, 2017, Jesus Arturo Mendez Garcia was advised of his constitutional rights. Mendez Garcia freely and willingly acknowledged his rights and agreed to provide a statement under oath. Mendez Garcia stated that his true and complete name is Jesus Arturo Mendez Garcia and that he is a citizen of Mexico. Mendez Garcia stated that he illegally entered the United States at or near Sonoita, on an unknown date, without inspection by an immigration officer. Mendez Garcia further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about July 19, 2013, Jesus Arturo Mendez Garcia, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

///

///

///

at or near Nogales, Arizona, on or about August 23, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Salvador Delgado II,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 1st day of November, 2017.

_____
Eileen S. Willett,
United States Magistrate Judge